# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID RUELAS-CARBAJAL, ) <br> ) <br> Defendant. ) <br> ) | 8:16CR360 <br><br> ORDER |

This matter is before the court on the government's Motion to Continue Trial [39]. The government's witness is unavailable for trial preparation. Counsel also needs additional time to prepare for trial. Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial currently scheduled set for December 4, 2017, is continued to **December 11, 2017.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 5, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:  November 28, 2017.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**