IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR360 |
| v. | |
| DAVID RUELAS-CARBAJAL, | ORDER |
| Defendant. | |

This matter is before the Court on defendant David Ruelas-Carbajal's ("Ruelas-Carbajal") Motion for Leave to Appeal In Forma Pauperis (Filing No. 80). Ruelas-Carbajal, who initially received appointed counsel but has been represented by retained counsel since May 16, 2017, states he retained counsel "only through sentencing and . . . does not have the means to pay the costs of the appeal."

Federal Rule of Appellate Procedure 24(a)(1) requires a party filing such a motion for leave to file "an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Ruelas-Carbajal filed an affidavit (Filing No. 82) in support of his motion, but his affidavit does not comply with Rule 24(a)(1). Ruelas-Carbajal shall file an affidavit that fully complies with Rule 24(a)(1) on or before July 20, 2018. If Ruelas-Carbajal fails to timely file the required affidavit, the Court may deny his motion without further notice.

IT IS SO ORDERED.

Dated this 2nd day of July 2108.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge