IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:16CR360** |
| v. | |
| DAVID RUELAS-CARBAJAL, | **ORDER** |
| Defendant. | |

This matter is before the Court on attorney Thomas Campbell's ("Campbell") Motion to Withdraw (Filing No. 81) as retained counsel for defendant David Ruelas-Carbajal. Campbell "states that irreconcilable differences have arisen that prohibit [him] from effectively representing [Ruelas-Carbajal] in his appeal," which Campbell filed on June 29, 2018 (Filing No. 79). Campbell's Motion to Withdraw is denied and should be refiled in the Eighth Circuit Court of Appeals. *See* 8th Cir. R. 27B ("Defendant's trial counsel, whether retained or appointed, shall represent the defendant on appeal, unless the Court of Appeals grants permission to withdraw.").

IT IS SO ORDERED.

Dated this 2nd day of July 2108.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
United States District Judge