IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR360 |
| v. | |
| DAVID RUELAS-CARBAJAL, | ORDER |
| Defendant. | |

This matter is before the Court on defendant David Ruelas-Carbajal's ("Ruelas-Carbajal") Motion for Leave to Appeal In Forma Pauperis (Filing No. 80). That motion is granted, and Ruelas-Carbajal is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 3rd day of July 2018.

BY THE COURT:

*/s/ Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
United States District Judge