IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RUELAS-CARBAJAL,<br><br>Defendant. | 8:16CR360<br><br>JUDGMENT |

In accordance with the Memorandum and Order (Filing No. 105) entered today, judgment is entered in favor of the United States of America and against David Ruelas-Carbajal.

Dated this 24th day of April 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge